IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:07CR3111 |
| v. | ) | |
| LISA DIANNE HARRINGTON, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the plaintiff's motion to dismiss (filing no. 131) the Petition for Warrant for Offender Under Supervision (filing no. 111) is granted. The defendant's March 21, 2017 revocation hearing is canceled.

DATED this 20th day of March, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge